COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00831-CR |
| Style: | Wesley Bernard Gordon |
| | **v.** The State of Texas |
| Date motion filed[*]: | January 29, 2014 |
| Type of motion: | Motion for extension of time to reporter's record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's record |

Is appeal accelerated?    No

If motion to extend time:

   Original due date:    November 18, 2013

   Number of previous extensions granted:    1    Current Due date: December 18, 2013

   Date Requested:    February 28, 2014

Ordered that motion is:

☑    Granted

   If document is to be filed, document due:  **February 28, 2014**

   ☑    **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

_____

_____

_____

_____

Judge's signature:  /s/ Terry Jennings
              ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: February 25, 2014

November 7, 2008 Revision